ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 JUN 30 PM 4: 41

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JEFFERY L. MASON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 304-019 |
| | ) | |
| OFFICER BRIDGER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion to dismiss is **GRANTED** and Defendants Bridger, Brunette and Madison are **DISMISSED** without prejudice.

SO ORDERED this 30th day of June, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

Andrew M. Magruder, Esq.
Jeffrey L. Mason, Pro-se
Jesse W. Owen, Esq.

CASE NO: CV304-019
DATE SERVED: June 30, 2005
SERVED BY: Cindy Reynolds CR

☐ Copy placed in Minutes
☑ Copy given to Judge
☑ Copy given to Magistrate